NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

*Plaintiff-Appellee,*

v.

TRANSAMERICA LIFE INSURANCE COMPANY, WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO, AND TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,

*Defendants-Appellants.*

---

2010-1257

---

Appeal from the United States District Court for the Northern District of Iowa in 06-CV-0110, Judge Mark W. Bennett.

---

## ON MOTION

---

## ORDER

Upon consideration of Transamerica Life Insurance Company, Western Reserve Life Assurance Co. of Ohio,

and Transamerica Financial Life Insurance Company's motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

MAR 1 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: D. Randall Brown, Esq.
    Steven M. Bauer, Esq.

s21

Issued As A Mandate: MAR 1 4 2011

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 4 2011

JAN HORBALY
CLERK